NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., AND POWER-ONE, INC.,**
*Defendants-Appellants,*

AND

**MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., AND MURATA POWER SOLUTIONS, INC.,**
*Defendants-Appellants.*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants.*

2011-1191, -1192, -1194, 2012-1070, -1071, -1072

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

## ON MOTION

PER CURIAM.

## ORDER

The appellants move for clarification of the court's April 11, 2011 order and expedited consideration. SynQor, Inc. opposes. The parties also submit status reports in light of this court's September 15, 2011 order.

The parties note that SynQor has initiated an action against the appellants regarding post-injunction royalties and/or damages, and contend that this motion is relevant to resolving some of the issues in that action. This court notes that the post-injunction proceedings remain pending before the United States District Court for the Eastern District of Texas.

We deem it the better course to deny the motion and for all issues regarding contempt of the injunction and damages to be addressed by the Eastern District of Texas in the first instance.

Accordingly,

IT IS ORDERED THAT:

The motion for clarification is denied.

FOR THE COURT

**OCT 0 5 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
     Constantine L. Trela, Jr., Esq.
     Andrew J. Pincus, Esq.
     Alan D. Smith, Esq.
     Eric W. Benisek, Esq.
     William F. Lee, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 5 2012

JAN HORBALY
CLERK